UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY O. HALL ) | |
| ) | NO. CV-04-5099-MWL |
| Plaintiff, ) | |
| ) | ORDER ADOPTING STIPULATION FOR |
| v. ) | DISMISSAL WITH PREJUDICE |
| ) | |
| THE BURLINGTON NORTHERN AND ) | |
| SANTA FE RAILWAY COMPANY, a ) | |
| Delaware corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On October 10, 2005, Plaintiff, Tracy O. Hall, by and through her attorney of record, George A. Thornton, and Defendant, the Burlington Northern and Santa Fe Railway Company, by and through its attorney of record, William J. Schroeder, agreed and stipulated to dismiss the above entitled matter with prejudice and without costs or attorney fees to either party upon the grounds that the matter has been fully settled between the parties as to all claims. (Ct. Rec. 20).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1. The above entitled case is hereby dismissed with prejudice.

2. Each party shall bear their own attorney fees and costs.

Case 2:04-cv-05099-MWL   Document 21   Filed 10/21/05

3. The Clerk of the Court is directed to file this Order, provide a copy to counsel for Plaintiff and Defendant, and **CLOSE** the file.

DATED this 21<u>st</u> day of October 2005.

                                                 S/ Michael W. Leavitt
                                                    MICHAEL W. LEAVITT
                                      UNITED STATE MAGISTRATE JUDGE